UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-3140

In Re: THOMAS C. WETTACH, Debtor

JEFFREY J. SIKIRICA,

v.

BETTE C. WETTACH; THOMAS C. WETTACH,
                      Appellants

**ORDER**

At the direction of the Court, this case has been removed from the Court's calendar for June 2, 2015. The parties will be notified of a new calendar/submit date.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: May 12, 2015
cc: All counsel of record