# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

No. 14-3140
_____

THOMAS C. WETTACH AND BETTE C. WETTACH,

*Appellants*,

v.

JEFFREY J. SIKIRICA,

*Appellee*.

_____

**Appeal from the United States District Court for the
Western District of Pennsylvania, Pittsburgh Division**
*In re Thomas C. Wettach (Sikirica v. Wettach)*
**No. 2:13-cv-01822-NBF, Judge Nora Barry Fischer**

_____

**APPELLEE JEFFREY J. SIKIRICA'S MOTION
TO JOINTLY SCHEDULE ORAL ARGUMENT**

_____

Appellee Jeffrey J. Sikirica ("Appellee"), not individually, but solely as Chapter 7 Trustee for the bankruptcy estate of Thomas C. Wettach, respectfully moves (the "Motion") this Court for entry of an order jointly scheduling oral argument. In Support of this Motion, the Appellee states as follows:

1.    This case is not currently scheduled for oral argument.

2. A separate case, *Cohen v. Sikirica*, is currently pending before this Court at Case No. 14-4541.

3. Said case is also not currently scheduled for oral argument.

4. In said case, the issues are similar and the parties are being represented by the same counsel, respectively.

5. A similar motion has been filed in the case of *Cohen v. Sikirica* requesting that both cases be scheduled for oral argument on the same date.

6. Counsel for the Appellants has consented to this request to have the oral argument jointly scheduled for the same date in this case and in the case of *Cohen v. Sikirica*.

WHEREFORE, Appellee Jeffrey J. Sikirica, not individually, but solely as Chapter 7 Trustee for the bankruptcy estate of Thomas C. Wettach, respectfully requests that this Court enter an order scheduling the oral argument in this case and in the case of *Cohen v. Sikirica*, which is currently pending before this Court at Case No. 14-4541, to be held on the same date.

Dated: July 27, 2015
**JEFFREY J. SIKIRICA, not individually, but solely as Chapter 7 Trustee for the bankruptcy estate of Thomas C. Wettach**

By:   /s/ Jeffrey J. Sikirica

Jeffrey J. Sikirica, Trustee

121 Northbrook Dr.
Gibsonia, PA 15044-8983
(724) 625-2566
Fax (724) 625-4611
Pa. Bar No. (36745)
Trusteesikirica@consolidated.net

*Pro se for Jeffrey J. Sikirica, not individually, but solely as Chapter 7 Trustee for the bankruptcy estate of Thomas C. Wettach*