OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



September 9, 2015

James R. Cooney Esq.
Robert O Lampl Esq.
Neal H. Levin Esq.
Jeffrey J. Sikirica Esq.

RE: In re: Thomas C. Wettach, et al
Case Number: 14-3140
District Case Number: 2-13-cv-01822

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Monday, November 23, 2015**.  Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd LAR 34.1 (a). Court will convene at **2:00 P.M.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom , (19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA.)** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Tiffany L. Grier*
Tiffany L. Grier, Calendar Clerk
267-299-4905
Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: *BENTON, **SENTELLE and ***GILMAN, Circuit Judges

*(Hon. Duane Benton, Circuit Judge for the Eighth Circuit Court of Appeals, sitting by designation)

**(Hon. David Bryan Sentelle, Senior Circuit Judge for the District of Columbia Circuit Court, sitting by designation)

*** (Hon. Ronald Lee Gilman, Senior Circuit Judge for the Sixth Circuit Court of Appeals, sitting by designation)