# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

No. 14-3140
_____

THOMAS C. WETTACH AND BETTE C. WETTACH,

*Appellants*,

v.

JEFFREY J. SIKIRICA,

*Appellee.*

_____

**Appeal from the United States District Court for the
Western District of Pennsylvania, Pittsburgh Division**
*In re Thomas C. Wettach (Sikirica v. Wettach)*
**No. 2:13-cv-01822-NBF, Judge Nora Barry Fischer**
_____

**APPELLEE JEFFREY J. SIKIRICA'S MOTION TO CONTINUE ORAL
ARGUMENT SCHEDULED FOR NOVEMBER 23, 2015**
_____

Appellee Jeffrey J. Sikirica, not individually, but solely as Chapter 7 Trustee for the bankruptcy estate of Thomas C. Wettach ("Appellee"), respectfully requests that this Court enter an order continuing the oral argument scheduled for November 23, 2015 pursuant to Federal Rule of Appellate Procedure 34(b) and Local Appellate Rule 34.1. In support of this motion, the Appellee states as follows:

## BACKGROUND AND RELIEF REQUESTED

1. On June 26, 2014, Appellants filed their Notice of Appeal to the United States Court of Appeals for the Third Circuit.

2. On December 3, 2014, Appellants filed their opening Brief and Appendix with this Court.

3. Appellee filed his response Brief on December 30, 2014.

4. On January 13, 2015, Appellants filed their reply Brief.

5. On April 7, 2015, Appellee designated Neal H. Levin as Arguing Counsel.

6. On September 9, 2015, the Court entered a notification scheduling the oral argument for November 23, 2015.

7. Appellee respectfully requests that this Court continue the oral argument to a later date to be determined by the Court.

8. Specifically, Neal Levin, arguing counsel for Appellee, is unable to attend the presently scheduled oral argument due to a previous commitment as a presenter and sponsor at an international fraud conference in London scheduled for November 23 and 24, 2015. Neal Levin cannot reschedule this conflict or find a suitable replacement.

9. Counsel for Appellee consulted with counsel for Appellants regarding this motion and understands that the Appellants have no objection to rescheduling the oral argument.

WHEREFORE, Appellee Jeffrey J. Sikirica, not individually, but solely as Chapter 7 Trustee for the bankruptcy estate of Thomas C. Wettach, respectfully requests that this Court enter an order continuing the oral argument scheduled for November 23, 2015 to a later date.

Dated: October 16, 2015

**JEFFREY J. SIKIRICA, not individually, but solely as Chapter 7 Trustee for the bankruptcy estate of Thomas C. Wettach**

By:   /s/ Jeffrey J. Sikirica

Jeffrey J. Sikirica, Trustee
121 Northbrook Dr.
Gibsonia, PA 15044-8983
(724) 625-2566
Fax (724) 625-4611
Pa. Bar No. (36745)
Trusteesikirica@consolidated.net

*Pro se for Jeffrey J. Sikirica, not individually, but solely as Chapter 7 Trustee for the bankruptcy estate of Thomas C. Wettach*

## CERTIFICATE OF SERVICE

I, Jeffrey J. Sikirica, an attorney, hereby certify that on October 16, 2015, I caused a true and correct copy of the foregoing *Appellee Jeffrey J. Sikirica's Motion to Continue Oral Argument Scheduled for November 23, 2015* to be filed with this Court and served upon the following parties by the manner listed below.

Dated: October 16, 2015              /s/ Jeffrey J. Sikirica

**ECF Service Upon Filing Users**

| | |
|---|---|
| Robert O. Lampl, Esquire | James R. Cooney, Esq. |
| Counsel for Appellant | Counsel for Appellant |
| E-mail: rlampl@lampllaw.com | E-mail: jcooney@lampllaw.com |