UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-3140

In Re: THOMAS C. WETTACH, Debtor
JEFFREY J. SIKIRICA,

v.

BETTE C. WETTACH; THOMAS C. WETTACH,
Appellants

(W.D. Pa. No. 2-13-cv-01822)

TO:     BENTON, SENTELLE, and GILMAN, Circuit Judges

Motion by Appellee to Reschedule Oral Argument

ORDER
_____

The forgoing Motion is denied.

                                 For the Court,

                                 <u>s/ Duane Benton</u>
                                 Circuit Judge

**Date:  10/19/2015**
**cc:/     All Counsel of Record**